

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00054-CV

JANELLE WHITE, APPELLANT

V.

MARILYN O'DONNELL, ADMINISTRATOR OF THE
ESTATE OF MARK J. CLAEYS, APPELLEE

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 20-6703-442, Honorable Derbha Jones, Presiding

April 28, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Janelle White, proceeding pro se, appeals from the trial court's *Order Granting Defendant's Directed Verdict*.[1]  White's brief was originally due February 24, 2025, but was not filed.  We subsequently granted White two extensions of time to file a brief.  By letter of March 24, 2025, we notified White that the appeal was subject to

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

dismissal for want of prosecution, without further notice, if a brief was not received by April 16.  To date, White has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss her appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam